JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT CHALAWSKY, an individual,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL WAYNE, an individual; DIGITAL ENTERTAINMENT CORPORATION OF AMERICA, a Delaware Corporation, DONAL CHRISTOPHER KIMBELL, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:14−CV−02769−CAS (JCx)<br>(Los Angeles County Superior Court Case No. SC120230)<br><br>Assigned to: Hon. Christina A. Snyder<br><br>[PROPOSED] ORDER FOR DISMISSAL ENTIRE ACTION WITH PREJUDICE |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, including but not limited to Federal Rule of Civil Procedure 41(a)(1) and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

1  IT IS HEREBY ORDERED that:

2      1. The Court hereby **dismisses with prejudice** all claims against all defendants
3  to this action.

4      2. The Court hereby **dismisses with prejudice the above entitled action in its**
5  **entirety**.

7  Dated: December 10, 2014      By: _/s/ Christina A. Snyder_
8          **UNITED STATES DISTRICT JUDGE**